UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **PETER BIGHOPE,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:18-CV-00494-GZS |
| | ) |
| **T-MOBILE US, INC.,** | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT T-MOBILE USA, INC.'S
CORPORATE DISCLOSURE STATEMENT**

T-Mobile USA, Inc., a Delaware corporation, is a wholly-owned subsidiary of T-Mobile US, Inc., a Delaware corporation. T-Mobile US, Inc. (NASDAQ: TMUS) is a publicly-traded company listed on the NASDAQ Global Select Market of NASDAQ Stock Market LLC ("NASDAQ"). Deutsche Telekom Holding B.V., a limited liability company (*besloten vennootschap met beperkte aansprakelijkheidraies*) organized and existing under the laws of the Netherlands ("DT B.V."), owns more than 10% of the shares of T-Mobile US, Inc. DT B.V. is a direct wholly-owned subsidiary of T-Mobile Global Holding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Holding"). Holding, is in turn a direct wholly-owned subsidiary of T-Mobile Global Zwischenholding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Global"). Global is a direct wholly-owned subsidiary of Deutsche Telekom AG, an Aktiengesellschaft organized and existing under the laws of the Federal Republic of Germany ("Deutsche Telekom"). The principal trading market for Deutsche Telekom's ordinary shares is the trading platform "Xetra" of Deutsche Börse

AG. Deutsche Telekom's ordinary shares also trade on the Frankfurt, Berlin, Düsseldorf, Hamburg, Hannover, München and Stuttgart stock exchanges in Germany. Deutsche Telekom's American Depositary Shares ("ADSs"), each representing one ordinary share, trade on the OTC market's highest tier, OTCQX International Premier (ticker symbol: "DTEGY").

DATED: June 12, 2019

                                    Respectfully submitted,

                                    */s/ Richard G. Moon*
                                    */s/ Tawny L. Alvarez*
                                    Richard G. Moon, Esq.
                                    Tawny L. Alvarez, Esq.
                                    Attorneys for Defendant T-Mobile USA, Inc.
                                    Verrill Dana, LLP
                                    One Portland Square
                                    Portland, ME 04101-4054
                                    (207) 774-4000 (Telephone)
                                    (207) 774-7499 (Fax)
                                    rmoon@verrilldana.com
                                    talvarez@verilldana.com

## **CERTIFICATE OF SERVICE**

   I, Tawny L. Alvarez, hereby certify that on June 12, 2019, a true and correct copy of the foregoing document was served via email and U.S. regular mail upon the following:

Peter Bighope<br>
393 Center Street, Apt. 70C<br>
Auburn, ME  04210<br>
peterbighope@hotmail.com

            /s/ Tawny L. Alvarez
            Tawny L. Alvarez

12752413_1