## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **PETER BIGHOPE**, | ) | |
| | ) | |
| Plaintiff, | ) | **NO.: 1:18-cv-00494-GZS** |
| v. | ) | |
| | ) | |
| **T-MOBILE US, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

_____

## STIPULATION OF DISMISSAL

The parties, having settled this action, hereby agree to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties further stipulate that each party shall bear its own costs and attorney fees.


Respectfully Submitted,


For the Plaintiff:

/s/ *Peter Bighope*
_____
Peter Bighope, Pro-Se
393 Center Street, Apt. 70C
Auburn, Androscoggin
Maine 04210
207.680.0519
peterbighope@hotmail.com

Dated: September 25, 2019

1

For the Defendant:


/s/  *Tawny L. Alvarez*
/s/  *Richard G. Moon*
Richard G. Moon, Esq.
Tawny L. Alvarez, Esq.
Verrill Dana, LLP
One Portland Square
Portland, ME  04101
(207) 774-4000 (Telephone)
(207) 774-7499 (Fax)
rmoon@verrilldana.com
talvarez@verrilldana.com
Attorneys for the Defendant
T-Mobile US, Inc.

Dated September 26, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Peter Bighope


Dated: 9/27/2019                    /s/  *Tawny L. Alvarez*
                                    Tawny L. Alvarez, Esq.
                                    Verrill Dana, LLP
                                    One Portland Square
                                    Portland, ME  04101
                                    (207) 774-4000 (Telephone)
                                    (207) 774-7499 (Fax)
                                    talvarez@verrilldana.com
                                    Attorneys for the Defendant
                                    T-Mobile US, Inc.